# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| MONIQUE WOODSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CV-00258-DGK |
| RALPH E. LEWIS, II, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Notice and Stipulation of Dismissal with Prejudice (Doc. 18), it is hereby

ORDERED that Plaintiff's claims against Defendant Ralph E. Lewis, II, are DISMISSED WITH PREJUDICE. Each party is to bear their own costs.

**IT IS SO ORDERED.**

Date: October 5, 2017

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT